**\*E-Filed 6/30/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA MENDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant.<br>_____/ | Case No. 5:09 CV 2889 JW (RS)<br><br>ORDER OF RECUSAL REGARDING REFERRED MATTERS |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

**IT IS SO ORDERED.**

DATED:    6/30/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER OF RECUSAL REGARDING REFERRED MATTERS
Case No. 5:09 CV 2889 JW (RS)