RAOUL D. KENNEDY (CA Bar No. 40892)
RICHARD J. ZUROMSKI, JR. (CA Bar No. 227569)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California  94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email:  rkennedy@skadden.com; rzuromsk@skadden.com

ANTHONY L. MARKS (AZ Bar No. 012258)
DAN L. BAGATELL (CA Bar No. 218879)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
Telephone: (602) 351-8000
Facsimile:  (602) 648-7000
Email:  amarks@perkinscoie.com; dbagatell@perkinscoie.com

PHILIP A. LEIDER (CA Bar No. 229751)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050
Email:  pleider@perkinscoie.com

Attorneys for Defendant
INTEL CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
7/27/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA MENDEZ, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | CASE NO.: 5:09-CV-02889-JW<br><br>**STIPULATION REGARDING TIME TO RESPOND TO PLEADINGS**<br><br>Judge: Hon. James Ware<br><br>Complaint Filed: June 26, 2009<br>Trial Date:        None<br>Discovery Cutoff: None |

WHEREAS, Plaintiff Esmeralda Mendez filed her original complaint in the matter of <u>Mendez v. Intel Corporation</u>, No. 5:09-CV-02889-JW on June 26 2009;

WHEREAS, Plaintiff served her original complaint on Defendant Intel Corporation on July 1, 2009;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant presently has until July 21, 2009 to respond to Plaintiff's original complaint;

WHEREAS, during the course of the meet and confer process, Plaintiff informed Defendant that Plaintiff will likely file an amended complaint in this matter;

WHEREAS, Northern District Local Rule 6-1(a) allows the "[p]arties [to] stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint...provided the change will not alter the date of any event or any deadline already fixed by Court order.  Such stipulations shall be promptly filed pursuant to Civil L.R. 5.";

WHEREAS, the parties are unaware of any deadlines fixed by the Court that would be affected by the parties' proposal; and

WHEREAS, the parties agree to extend the deadlines for Defendant's response to Plaintiff's pleadings in order to give Plaintiff sufficient time to prepare any amendment to the original complaint and to avoid the potential that Defendant would have to file an unnecessary response to the original complaint.

NOW, THEREFORE, Plaintiff and Defendant stipulate as follows:

(1) Defendant may have until August 28, 2009 to respond to Plaintiff's original complaint; and

(2) If Plaintiff files an amended complaint, Defendant will have thirty-five (35) days to respond to Plaintiff's amended complaint.

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | DATED: July 21, 2009 | GIRARD GIBBS LLP |
| 3 | | |
| 4 | | By: /s/ Eric H. Gibbs<br>Eric H. Gibbs |
| 5 | | Attorneys for Plaintiff<br>ESMERALDA MENDEZ |
| 6 | DATED: July 21, 2009 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | | |
| 8 | | By: /s/ Raoul D. Kennedy<br>Raoul D. Kennedy |
| 9 | | Attorneys for Defendant<br>INTEL CORPORATION |