| | |
|---|---|
| 1 | RAOUL D. KENNEDY (CA Bar No. 40892) |
|   | RICHARD J. ZUROMSKI, JR. (CA Bar No. 227569) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | Four Embarcadero Center, Suite 3800 |
| 3 | San Francisco, California  94111-4144 |
|   | Telephone: (415) 984-6400 |
| 4 | Facsimile:  (415) 984-2698 |
|   | Email:  rkennedy@skadden.com; rzuromsk@skadden.com |
| 5 | |
|   | ANTHONY L. MARKS (AZ Bar No. 012258) |
| 6 | DAN L. BAGATELL (CA Bar No. 218879) |
|   | PERKINS COIE BROWN & BAIN P.A. |
| 7 | 2901 North Central Avenue |
|   | Post Office Box 400 |
| 8 | Phoenix, Arizona  85001-0400 |
|   | Telephone: (602) 351-8000 |
| 9 | Facsimile:  (602) 648-7000 |
|   | Email: amarks@perkinscoie.com; dbagatell@perkinscoie.com |
| 10 | |
|   | PHILIP A. LEIDER (CA Bar No. 229751) |
| 11 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 12 | San Francisco, California 94111-4131 |
|   | Telephone: (415) 344-7000 |
| 13 | Facsimile:  (415) 344-7050 |
|   | Email: pleider@perkinscoie.com |
| 14 | |
|   | Attorneys for Defendant |
| 15 | INTEL CORPORATION |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]

9/1/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ESMERALDA MENDEZ, on behalf of herself and all others similarly situated, | ) ) | CASE NO.:  09-CV-02889-JW |
| | ) | (Related to Case No.:  09-CV-03356) |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION REGARDING TIME TO RESPOND TO PLEADINGS** |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) | Judge: Hon. James Ware |
| | ) | Complaint Filed:   June 26, 2009 |
| | | Trial Date:        None |
| | | Discovery Cutoff: None |

**STIPULATION REGARDING TIME TO RESPOND TO PLEADINGS**     09-CV-02889-JW

1  WHEREAS, on June 26, 2009, Plaintiff Esmeralda Mendez filed her original complaint in the matter of <u>Mendez v. Intel Corporation</u>, No. 09-CV-02889-JW;

WHEREAS, on July 22, 2009, Plaintiff Daniel's Den Inc. filed its original complaint in the matter of <u>Daniel's Den Inc. v. Intel Corporation</u>, No. 09-CV-03356-PVT;

WHEREAS, the parties in both <u>Mendez</u> and <u>Daniel's Den</u> previously stipulated that Defendant's response to the respective complaints would be due on August 28, 2009 in order to give the Plaintiffs sufficient time to prepare any amendment to their original complaints and to relieve Defendant of the need to file a potentially unnecessary response to the original complaints;

WHEREAS, on August 19, 2009, the Court granted Defendant's Administrative Motion To Consider Whether Cases Should Be Related based on the stipulation of the parties dated August 5, 2009, and assigned both the <u>Mendez</u> and <u>Daniel's Den</u> matters to the Honorable James Ware for all purposes;

WHEREAS, Plaintiffs are still in the process of considering whether and, if so, how to amend their respective complaints in these matters;

WHEREAS, Northern District Local Rule 6-1(a) allows the "[p]arties [to] stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order.  Such stipulations shall be promptly filed pursuant to Civil L.R. 5.";

WHEREAS, the parties are unaware of any deadlines fixed by the Court that would be affected by the parties' proposal; and

WHEREAS, the parties agree to extend the deadline for Defendant's response to both the <u>Mendez</u> and <u>Daniel's Den</u> complaints in order to give plaintiffs sufficient time to prepare any amendment to their original complaints and to relieve Defendant of the need to file potentially unnecessary responses to those complaints.

NOW, THEREFORE, the parties stipulate as follows:

1  (1) Defendant may have until October 2, 2009 to respond to the original complaints in Mendez and Daniel's Den; and

2  (2) If either Plaintiff files an amended complaint or if the Plaintiffs file a consolidated complaint, Defendant will have thirty-five (35) days to respond to such pleading(s).

SO STIPULATED.

DATED:  August 25, 2009           GIRARD GIBBS LLP

                                  By:    /s/ Eric H. Gibbs
                                         Eric H. Gibbs

                                  Attorneys for Plaintiff
                                  ESMERALDA MENDEZ

DATED:  August 25, 2009           COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                                  By:    /s/ Shawn A. Williams
                                         Shawn A. Williams

                                  Attorneys for Plaintiff
                                  DANIEL'S DEN INC.

DATED:  August 25, 2009           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By:    /s/ Raoul D. Kennedy
                                         Raoul D. Kennedy

                                  Attorneys for Defendant
                                  INTEL CORPORATION