*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

1  RAOUL D. KENNEDY (CA Bar No. 40892)
   RICHARD J. ZUROMSKI, JR. (CA Bar No. 227569)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California  94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email:  rkennedy@skadden.com; rzuromsk@skadden.com
5
   ANTHONY L. MARKS (AZ Bar No. 012258)
6  DAN L. BAGATELL (CA Bar No. 218879)
   PERKINS COIE BROWN & BAIN P.A.
7  2901 North Central Avenue
   Post Office Box 400
8  Phoenix, Arizona  85001-0400
   Telephone: (602) 351-8000
9  Facsimile:  (602) 648-7000
   Email:  amarks@perkinscoie.com; dbagatell@perkinscoie.com
10
   PHILIP A. LEIDER (CA Bar No. 229751)
11 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
12 San Francisco, California 94111-4131
   Telephone: (415) 344-7000
13 Facsimile:  (415) 344-7050
   Email: pleider@perkinscoie.com
14
   Attorneys for Defendant
15 INTEL CORPORATION

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20  ESMERALDA MENDEZ, on behalf of herself  )  CASE NO.: 5:09-CV-02889-JW
    and all others similarly situated,       )
21                                            )  (Related to Case Nos.: 5:09-CV-03356,
                         Plaintiff,           )  5:09-CV-03926, 5:09-CV-04042)
22                                            )
              v.                              )  **STIPULATION STAYING TIME TO**
23                                            )  **RESPOND TO COMPLAINT AND**
    INTEL CORPORATION,                        )  **BEGIN DISCOVERY**
24                                            )
                         Defendant.           )  Judge: Hon. James Ware
25  _____ )
                                              )  Complaint Filed:  June 26, 2009
26  AND RELATED CASES                         )  Trial Date:       None
                                              )  Discovery Cutoff: None
27

28

**STIPULATION REGARDING STAY OF TIME TO RESPOND TO COMPLAINT**        5:09-CV-02889-JW

| | | |
|---|---|---|
| 1 | DANIEL'S DEN INC., on behalf of itself and all other similarly situated, ) | (Related Case No. :  5:09-CV-03356) |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | INTEL CORPORATION, ) ) | |
| 6 | Defendant. ) ) | |
| 7 | AARON GLASSMAN, DESSERET ) FUNDERBURK and VALENTINE ) | (Related Case No.:  5:09-CV-03926) |
| 8 | ANDERSON, on behalf of themselves and all ) other similarly situated, ) | |
| 9 | ) | |
| 10 | Plaintiffs, ) ) | |
| 11 | v. ) ) | |
| 12 | INTEL CORPORATION, and BUSINESS ) APPLICATIONS PERFORMANCE CORP., ) | |
| 13 | Defendants. ) ) | |
| 14 | ) | |
| 15 | EDWARD BURNS, a California resident, on ) behalf of himself and all others similarly ) | (Related Case No.:  5:09-CV-04042) |
| 16 | situated, ) ) | |
| 17 | Plaintiff, ) ) | |
| 18 | v. ) ) | |
| 19 | INTEL CORPORATION, a Delaware ) corporation; BUSINESS APPLICATIONS ) | |
| 20 | PERFORMANCE CORPORATION, a ) California corporation, ) | |
| 21 | Defendants. ) ) | |

**STIPULATION REGARDING STAY OF TIME TO RESPOND TO COMPLAINT**          5:09-CV-02889-JW

1   WHEREAS, on June 26, 2009, Plaintiff Esmeralda Mendez filed her original
2   complaint in the matter of <u>Mendez v. Intel Corporation</u>, No. 09-CV-02889-JW;
3   WHEREAS, on July 22, 2009, Plaintiff Daniel's Den Inc. filed its original complaint
4   in the matter of <u>Daniel's Den Inc. v. Intel Corporation</u>, No. 09-CV-03356-PVT;
5   WHEREAS, on August 25, 2009, Plaintiffs Aaron Glassman, Desseret Funderburk
6   and Valentine Anderson filed their original complaint in the matter of <u>Glassman et al. v. Intel
7   Corporation et al.</u>, No. 09-CV-03926-EMC;
8   WHEREAS, on August 31, 2009, Plaintiff Edward Burns filed his original
9   complaint in the matter of <u>Burns v. Intel Corporation et al.</u>, No. 09-CV-04042-HRL;
10  WHEREAS, on August 19, 2009, the Court granted Defendant Intel Corporation's
11  Administrative Motion To Consider Whether Cases Should Be Related based on the stipulation of
12  the parties in <u>Mendez</u> and <u>Daniel's Den</u> and assigned both cases to the Honorable James Ware for
13  all purposes;
14  WHEREAS, on September 11, 2009, the Court ordered that the <u>Glassman</u> and <u>Burns</u>
15  cases be related to the <u>Mendez</u> and <u>Daniel's Den</u> matters and assigned both cases to the Honorable
16  James Ware for all purposes;
17  WHEREAS, the parties agree that the <u>Mendez</u>, <u>Daniel's Den</u>, <u>Glassman</u> and <u>Burns</u>
18  cases are substantively similar and that the filing of a consolidated complaint would promote
19  judicial economy and streamline litigation for the parties;
20  WHEREAS, the Court has set a hearing on Plaintiffs' motion for consolidation of
21  pleadings for November 23, 2009;
22  WHEREAS, Northern District Local Rule 6-1(a) allows the "[p]arties [to] stipulate
23  in writing, without a Court order, to extend the time within which to answer or otherwise respond
24  to the complaint...provided the change will not alter the date of any event or any deadline already
25  fixed by Court order.  Such stipulations shall be promptly filed pursuant to Civil L.R. 5.";
26  WHEREAS, the parties are unaware of any deadlines fixed by the Court that would
27  be affected by the parties' proposal;
28

-1-
**STIPULATION REGARDING STAY OF TIME TO RESPOND TO COMPLAINT**          5:09-CV-02889-JW

WHEREAS, the parties agree that Defendants need not respond to Plaintiffs' current complaints while the Court considers Plaintiffs' motion to consolidate pleadings; and

WHEREAS, the parties agree that it would be premature to engage in a Rule 26(f) conference and provide initial disclosures under Rule 26(a)(1) before Plaintiffs file their consolidated complaint.

NOW, THEREFORE, the parties stipulate as follows:

(1) Defendants need not respond to any of the complaints filed heretofore in the Mendez, Daniel's Den, Glassman and Burns matters;

(2) The parties agree to temporarily stay the requirements of Rule 26(f) and 26(a)(1) while the Court considers Plaintiffs' request for consolidation of the pleadings and the parties further agree, unless otherwise ordered by the Court, to meet and confer at a time and date after the November 23, 2009 hearing to set a mutually-agreeable time and place for the Rule 26(f) conference and subsequent initial disclosures; and

(3) Defendants will have thirty-five (35) days to respond to the consolidated complaint (or, if the Court denies Plaintiffs' motion to consolidate the pleadings, Defendants will have thirty-five (35) days to respond to any amended complaints filed by the Plaintiffs).

IT IS SO STIPULATED.

DATED: October 26, 2009        GIRARD GIBBS LLP

                               By:      /s/ Eric H. Gibbs
                                           Eric H. Gibbs

                               Attorneys for Plaintiff
                               ESMERALDA MENDEZ

DATED: October 26, 2009        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                               By:      /s/ Shawn A. Williams
                                           Shawn A. Williams

                               Attorneys for Plaintiff
                               DANIEL'S DEN INC.

-2-
**STIPULATION REGARDING STAY OF TIME TO RESPOND TO COMPLAINT**          5:09-CV-02889-JW

| | | |
|---|---|---|
| 1 | DATED:  October 26, 2009 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | | |
| 3 | | By: _____/s/ Linda M. Fong_____<br>Linda M. Fong |
| 4 | | Attorneys for Plaintiffs<br>AARON GLASSMAN, DESSERET FUNDERBURK and<br>VALENTINE ANDERSON |
| 5 | | |
| 6 | DATED:  October 26, 2009 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 7 | | |
| 8 | | By: _____/s/ Andrew S. Friedman_____<br>Andrew S. Friedman |
| 9 | | Attorneys for Plaintiff<br>EDWARD BURNS |
| 10 | | |
| 11 | DATED:  October 26, 2009 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 12 | | By: _____/s/ Raoul D. Kennedy_____<br>Raoul D. Kennedy |
| 13 | | |
| 14 | | Attorneys for Defendant<br>INTEL CORPORATION |

**\*\*\* ORDER \*\*\***

The Court finds good cause to GRANT the parties' Stipulation.

Dated:  October 30, 2009

_____
JAMES WARE
United States District Judge

-3-
**STIPULATION REGARDING STAY OF TIME TO RESPOND TO COMPLAINT**                5:09-CV-02889-JW