1  RAOUL D. KENNEDY (CA Bar No. 40892)
   RICHARD J. ZUROMSKI, JR. (CA Bar No. 227569)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California  94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email:  rkennedy@skadden.com; rzuromsk@skadden.com
5
   ANTHONY L. MARKS (AZ Bar No. 012258)
6  DAN L. BAGATELL (CA Bar No. 218879)
   PERKINS COIE BROWN & BAIN P.A.
7  2901 North Central Avenue
   Post Office Box 400
8  Phoenix, Arizona  85001-0400
   Telephone: (602) 351-8000
9  Facsimile:  (602) 648-7000
   Email:  amarks@perkinscoie.com; dbagatell@perkinscoie.com
10
   PHILIP A. LEIDER (CA Bar No. 229751)
11 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
12 San Francisco, California 94111-4131
   Telephone: (415) 344-7000
13 Facsimile:  (415) 344-7050
   Email:  pleider@perkinscoie.com
14
   Attorneys for Defendant
15 INTEL CORPORATION

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
12/8/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTEL LAPTOP BATTERY LITIGATION | CASE NO.:  5:09-CV-02889-JW <br><br> [Related to Case Nos.:  5:09-CV-03356, 5:09-CV-03926, 5:09-CV-04042] <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CMC HEARING AND OTHER DATES** |

WHEREAS, on November 16, 2009, the Court consolidated <u>Mendez v. Intel Corporation</u>, No. 09-CV-02889-JW; <u>Daniel's Den Inc. v. Intel Corporation</u>, No. 09-CV-03356-PVT; <u>Glassman et al. v. Intel Corporation et al.</u>, No. 09-CV-03926-EMC; and <u>Burns v. Intel Corporation et al.</u>, No. 09-CV-04042-HRL, ordering all future filings be under C 09-02889 JW and bear the caption: "In Re Intel Laptop Battery Litigation";

WHEREAS, on June 26, 2009, the Court ordered the Parties to file ADR Certifications on or before November 30, 2009,

WHEREAS, on November 16, 2009, the Court ordered Plaintiffs to file a Stipulation, subject to the Court's approval, nominating two law firms to serve as interim class co-counsel on or before November 30, 2009;

WHEREAS, on November 16, 2009, the Court ordered Plaintiffs to file an Amended Consolidated Complaint on or before December 14, 2009;

WHEREAS, on November 16, 2009, the Court ordered the Parties to file a Joint Case Management Statement on or before December 11, 2009;

WHEREAS, on November 16, 2009, the Court ordered the Parties to appear at a Case Management Conference on December 21, 2009;

WHEREAS, the dates set for the Parties to file ADR Certifications and a Joint Case Management Statement precede the date set for Plaintiffs to file an Amended Consolidated Complaint;

WHEREAS, counsel have conflicts, including holiday plans, on the date set for the Case Management Conference and the Parties have agreed to reschedule the hearing, subject to the Court's approval;

WHEREAS, counsel for all Parties are available for a hearing on January 4, 2010, at 9:00 a.m.;

WHEREAS, Northern District Local Rule 6-2 allows the Parties to file a stipulation "requesting an order changing time that would affect the date of an event or deadline already fixed by Court order";

-1-

**STIPULATION AND [PROPOSED] ORDER**                                                    5:09-CV-02889-JW

1  WHEREAS, there are no other events or deadlines fixed by the court that would be
2  affected by the Parties' proposal;
3  NOW THEREFORE, the Parties stipulate as follows:
4  Subject to the Court's approval: (i) the Case Management Conference currently
5  scheduled for December 21, 2009, shall be held on **February 8, 2010 at 10:00 AM;** (ii) the Joint Case
6  Management Statement currently due on or before December 11, 2009 shall be filed on or before
7  **January 29, 2010**, and; (iii) the ADR Certifications currently due November 30, 2009 shall be
8  filed on or before **January 20, 2010.**   All other scheduled dates will remain the same.
9  IT IS SO STIPULATED.

10 DATED: November 24, 2009      GIRARD GIBBS LLP

12                                By:      /s/ Geoffrey A. Munroe
                                            Geoffrey A. Munroe

13                                    Attorneys for Plaintiff
                                         ESMERALDA MENDEZ

15 DATED: November 24, 2009      COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

16                                By:      /s/ Shawn A. Williams
                                            Shawn A. Williams

18                                    Attorneys for Plaintiff
                                         DANIEL'S DEN INC.

19 DATED: November 24, 2009      KAPLAN FOX & KILSHEIMER LLP

21                                By:      /s/ Linda M. Fong
                                            Linda M. Fong

22                                    Attorneys for Plaintiffs
                                  AARON GLASSMAN, DESSERET FUNDERBURK
23                                       and VALENTINE ANDERSON

24 DATED: November 24, 2009      BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

26                                By:      /s/ Andrew S. Friedman
                                            Andrew S. Friedman

27                                    Attorneys for Plaintiff
                                         EDWARD BURNS
28

-2-

**STIPULATION AND [PROPOSED] ORDER**                                5:09-CV-02889-JW

| | | |
|---|---|---|
| 1 | DATED:  November 24, 2009 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | By:      /s/ Raoul D. Kennedy<br>Raoul D. Kennedy |
| 4 | | Attorneys for Defendant<br>INTEL CORPORATION |
| 5 | DATED:  November 24, 2009 | NARANCIC & KATZMAN, PC |
| 6 | | |
| 7 | | By:      /s/ Perry J. Narancic<br>Perry J. Narancic |
| 8 | | |
| 9 | | Attorneys for Defendant<br>BUSINESS APPLICATIONS<br>PERFORMANCE ORPORATION |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:AS MODIFIED ABOVE.

DATED:  December 8, 2009            _/s/ James Ware_
                                    THE HONORABLE JAMES WARE