Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Proposed Interim Class Counsel for Plaintiffs*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In Re Intel Laptop Battery Litigation | Case No.  09-CV-02889-JW (PVT) |
| | **CLASS ACTION** |
| | **STIPULATION AND [PROPOSED] ORDER RE APPOINTMENT OF INTERIM CLASS COUNSEL** |

1  WHEREAS, on October 23, 2009, the Plaintiffs filed a Motion for Consolidation of Cases and Appointment of Interim Class Counsel in the matters of *Mendez v. Intel Corporation*, No. 09-CV-2889-JW; *Daniel's Den Inc. v. Intel Corporation*, No. 09-CV-03356-JW; *Glassman et al. v. Intel Corporation et al.*, No. 09-CV-03926-JW; and *Burns v. Intel Corporation et al.*, No. 09-CV-04042-JW;

WHEREAS, the Court issued an Order [Doc. #44] consolidating the cases on November 16, 2009;

WHEREAS, in the same Order, the Court directed Plaintiffs to file a stipulation nominating up to two law firms to serve as interim class counsel;

WHEREAS, Plaintiffs' counsel have conferred and agree to nominate the law firm Girard Gibbs LLP to serve as interim class counsel;

WHEREAS, consistent with the Court's Order, the undersigned firms shall form an executive committee and collaborate to protect the interests of Plaintiffs and the class;

NOW THEREFORE, the parties stipulate as that Girard Gibbs LLP shall serve as interim class counsel, subject to the Court's approval.

IT IS SO STIPULATED

Dated: November 30, 2009           By:   /s/ Eric H. Gibbs
                                   **GIRARD GIBBS LLP**
                                   *Attorneys for Plaintiff Esmeralda Mendez*


Dated: November 30, 2009           By:   /s/ Shawn A. Williams
                                   **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
                                   *Attorneys for Plaintiff Daniel's Den Inc.*


Dated: November 30, 2009           By:   /s/ Laurence D. King
                                   **KAPLAN FOX & KILSHEIMER LLP**
                                   *Attorneys for Plaintiffs Aaron Glassman, Desseret Funderburk and Valentine Anderson*

Dated: November 30, 2009        By:   /s/ Andrew S. Friedman
                                **BONNET, FAIRBOURN, FRIEDMAN &**
                                **BALINT, P.C.**
                                *Attorneys for Plaintiff Edward Burns*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: December 8, 2009        _____
                              THE HONORABLE JAMES WARE