1  Eric H. Gibbs (State Bar No. 178658)
   ehg@girardgibbs.com
2  Dylan Hughes (State Bar No. 209113)
   dsh@girardgibbs.com
3  Geoffrey A. Munroe (State Bar No. 228590)
4  gam@girardgibbs.com
   **GIRARD GIBBS LLP**
5  601 California Street, 14th Floor
   San Francisco, California  94108
6  Telephone: (415) 981-4800
7  Facsimile: (415) 981-4846

8  *Interim Class Counsel*

9

10                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
11                        **SAN JOSE DIVISION**

12

13  In re Intel Laptop Litigation            Case No.  09-CV-02889-JW (PVT)

14                                           **STIPULATION AND [PROPOSED]**
15                                           **ORDER RE PLAINTIFFS' TIME TO FILE A**
                                             **CONSOLIDATED COMPLAINT**
16

17

18

19

20

21

22

23

24

25

26

27

28

---

WHEREAS, the deadline for Plaintiffs to file an Amended Consolidated Complaint in this action is currently December 14, 2009;

WHEREAS, pursuant to stipulation, the Court recently continued the initial Case Management Conference to February 8, 2010, at 10:00 a.m.; and

WHEREAS, the parties are unaware of any events or deadlines fixed by the Court that would be affected by the proposed extension of time for Plaintiffs to file their Amended Consolidated Complaint,

NOW THEREFORE, the parties stipulate that, subject to the Court's approval, the time for Plaintiffs to file an Amended Consolidated Complaint shall be extended up to and including January 15, 2010.

IT IS SO STIPULATED

DATED: December 9, 2009            By: /s/ Eric H. Gibbs
                                   **GIRARD GIBBS LLP**
                                   *Interim Class Counsel*

DATED: December 9, 2009            By: /s/ Raoul D. Kennedy
                                   **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
                                   *Attorney for Defendant Intel Corporation*

DATED: December 9, 2009            By: /s/ Barry Lee Katzman
                                   **NARANCIC & KATZMAN, PC**
                                   *Attorney for Defendant Business Applications Performance Corporation*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: December 18, 2009            _____
                                   THE HONORABLE JAMES WARE

1
STIPULATION AND ORDER RE PLAINTIFFS' TIME TO FILE A CONSOLIDATED COMPLAINT
CASE NO. 09-CV-02889-JW