1  RAOUL D. KENNEDY (CA Bar No. 40892)
   JOAN R. SHREFFLER (CA Bar No. 245629)
2  JAMES P. SCHAEFER (CA Bar No. 250417)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111-4144
4  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
5  Email: rkennedy@skadden.com; jshreffler@skadden.com;
   jschaefer@skadden.com
6
   JOSEPH E. MAIS (CA Bar No. 103756)
7  ANTHONY L. MARKS (AZ Bar No. 012258)
   TIMOTHY J. FRANKS (CA Bar No. 197645)
8  DAN L. BAGATELL (CA Bar No. 218879)
   PERKINS COIE BROWN & BAIN P.A.
9  2901 North Central Avenue
   Post Office Box 400
10 Phoenix, Arizona 85001-0400
   Telephone: (602) 351-8000
11 Facsimile: (602) 648-7000
   Email: jmais@perkinscoie.com; amarks@perkinscoie.com;
12 tfranks@perkinscoie.com; dbagatell@perkinscoie.com

13 PHILIP A. LEIDER (CA Bar No. 229751)
   PERKINS COIE LLP
14 Four Embarcadero Center, Suite 2400
   San Francisco, California 94111-4131
15 Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
16 Email: pleider@perkinscoie.com

17 Attorneys for Defendant
   INTEL CORPORATION

**IT IS SO ORDERED**
*Judge James Ware*
1/20/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Intel Laptop Battery Litigation | CASE NO. 5:09-cv-02889-JW<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES** |

Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to extend the time for exchanging initial disclosures. Under Fed. R. Civ. P. 26(a)(1), the parties

must make their initial disclosures within 14 days after holding their Rule 26(f) conference, "unless a different time is set by stipulation or court order." The parties held their Rule 26(f) conference on December 14, 2009, and stipulated that they would make their initial disclosures on January 27, 2010. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: January 6, 2010          GIRARD GIBBS LLP

By:     /s/ Geoffrey A. Munroe
        Geoffrey A. Munroe

Interim Class Counsel for Plaintiffs

DATED: January 6, 2010          PERKINS COIE BROWN & BAIN P.A.

By:     /s/ Timothy J. Franks
        Timothy J. Franks

Attorneys for Defendant
INTEL CORPORATION

DATED: January 6, 2010          NARANCIC & KATZMAN, PC

By:     /s/ Perry J. Narancic
        Perry J. Narancic

Attorneys for Defendant
BUSINESS APPLICATIONS
PERFORMANCE CORPORATION

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 6, 2010, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system, which will automatically send e-mail notification of such |
| 4 | filing to all counsel who have entered an appearance in this action. |
| 5 | s/ Kaye Leach |
| 6 | 20336-1273/LEGAL17482908.1 |

**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES** -3- **5:09-cv-02889-JW**