RAOUL D. KENNEDY (CA Bar No. 40892)
JOAN R. SHREFFLER (CA Bar No. 245629)
JAMES P. SCHAEFER (CA Bar No. 250417)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California  94111-4144
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email: rkennedy@skadden.com; jshreffler@skadden.com;
jschaefer@skadden.com

JOSEPH E. MAIS (CA Bar No. 103756)
ANTHONY L. MARKS (AZ Bar No. 012258)
TIMOTHY J. FRANKS (CA Bar No. 197645)
DAN L. BAGATELL (CA Bar No. 218879)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
Telephone:  (602) 351-8000
Facsimile:   (602) 648-7000
Email:  jmais@perkinscoie.com; amarks@perkinscoie.com;
tfranks@perkinscoie.com; dbagatell@perkinscoie.com

PHILIP A. LEIDER (CA Bar No. 229751)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050
Email:  pleider@perkinscoie.com

Attorneys for Defendant
INTEL CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*
1/20/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Intel Laptop Battery Litigation | CASE NO. 5:09-cv-02889-JW<br><br>**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES** |

Pursuant to Local Rule 6-1(a), the parties hereby provide notice of their stipulation to extend the time for exchanging initial disclosures.  Under Fed. R. Civ. P. 26(a)(1), the parties

1 | must make their initial disclosures within 14 days after holding their Rule 26(f) conference,
2 | "unless a different time is set by stipulation or court order." The parties held their Rule 26(f)
3 | conference on December 14, 2009, and stipulated that they would make their initial disclosures
4 | on January 27, 2010. This stipulation will not alter the date of any event or any deadline already
5 | fixed by Court order.

6 | **IT IS SO STIPULATED.**

7 | DATED: January 6, 2010        GIRARD GIBBS LLP

                                  By: _____/s/ Geoffrey A. Munroe_____
                                          Geoffrey A. Munroe

                                  Interim Class Counsel for Plaintiffs

DATED: January 6, 2010            PERKINS COIE BROWN & BAIN P.A.

                                  By: _____/s/ Timothy J. Franks_____
                                          Timothy J. Franks

                                  Attorneys for Defendant
                                  INTEL CORPORATION

DATED: January 6, 2010            NARANCIC & KATZMAN, PC

                                  By: _____/s/ Perry J. Narancic_____
                                          Perry J. Narancic

                                  Attorneys for Defendant
                                  BUSINESS APPLICATIONS
                                  PERFORMANCE CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

s/ Kaye Leach

20336-1273/LEGAL17482908.1

**STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES**  -3-  **5:09-cv-02889-JW**