UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*
*1/22/2010*

In re Intel Laptop Battery Litigation

                Plaintiff(s),

       v.

                Defendant(s).
_____/

CASE NO. 09-CV-02889-JW (PVT)

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* _____

The parties have agreed to private mediation, with the mediator and time of the mediation to be agreed upon. If the parties are ultimately unable to reach an agreement, they will submit a request for an ADR Conference.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  The parties request an open deadline


Dated: 1/20/2010

                                                    /s/ Geoffrey Munroe
                                                    Attorney for Plaintiff

Dated: 1/20/2010

                                                    /s/ Tim Franks; /s/ Perry Narancic
                                                    Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session
    X  90 days from the date of this order. The parties may make further request to extend the deadline.
    other

IT IS SO ORDERED.

Dated: January 22, 2010

*James Ware*

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files system of the court:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

The electronic case files system sent a "Notice of Electronic Filing" to Counsel of record who are registered e-filers and have consented to accept this Notice as service of this document by electronic means.

I also served a copy of the document on:

Perry J. Narancic
Barry Lee Katzman
**NARANCIC & KATZMAN PC**
325 Sharon Park Drive, #403
Menlo Park, California 94025
pnarancic@nk-pc.com
blkatzman@nk-pc.com

by placing the document listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 20, 2010, at San Francisco, California.


_____/s/ Sue M. Querubin_____