RAOUL D. KENNEDY (CA Bar No. 40892)
JOAN R. SHREFFLER (CA Bar No. 245629)
JAMES P. SCHAEFER (CA Bar No. 250417)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California  94111-4144
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email: rkennedy@skadden.com; jshreffler@skadden.com;
jschaefer@skadden.com

JOSEPH E. MAIS (CA Bar No. 103756)
ANTHONY L. MARKS (AZ Bar No. 012258)
TIMOTHY J. FRANKS (CA Bar No. 197645)
DAN L. BAGATELL (CA Bar No. 218879)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
Telephone: (602) 351-8000
Facsimile:  (602) 648-7000
Email:  jmais@perkinscoie.com; amarks@perkinscoie.com;
tfranks@perkinscoie.com; dbagatell@perkinscoie.com

PHILIP A. LEIDER (CA Bar No. 229751)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050
Email:  pleider@perkinscoie.com

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTEL LAPTOP BATTERY LITIGATION | CASE NO. 5:09-cv-02889-JW (PVT) |
| | **STIPULATION REGARDING EXPERT DISCOVERY AND ORDER** |
| | Judge:                    Honorable James Ware |
| | Complaint Filed:    June 26, 2009<br>Trial Date:             None<br>Discovery Cutoff:  February 28, 2011 |

1       IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Barry Wachsler

2 and defendants Intel Corporation and Business Applications Performance Corporation

3 (collectively "the parties"), through their respective counsel of record, that it is in the interest of

4 the parties and the Court to avoid consuming unnecessary time and resources on potential

5 discovery disputes relating to experts.  In recognition of that fact, the parties have agreed to

6 certain limitations on the scope of expert discovery.  These limitations are as follows:

7       1.    With respect to testifying-expert discovery, neither the expert witness nor the party

8 retaining him or her need produce, or answer deposition questions or interrogatories about, the

9 following:

10       (a)    any communications between the expert and counsel for the party retaining

11 him or her (including notes and memoranda memorializing the same) unless the expert witness

12 relied upon those communications in forming opinions in this matter; and

13       (b)    any draft reports prepared by, for, or at the direction of an expert witness.

14       2.    Upon proper service on opposing counsel of a notice of deposition of a party's

15 expert, the expert shall produce no later than seven business days prior to his/her deposition (a)

16 copies of any non-publicly available materials that the expert relied on in forming opinions in this

17 matter and (b) a list identifying any publicly available materials that the expert relied on in

18 forming opinions in this matter but that are not identified in his/her report.  The requested

19 documents will be produced without the need for service upon the expert of a document

20 subpoena.

21       3.    For purposes of this Stipulation, the terms "expert", "testifying-expert", and

22 "expert witness" do not include present and/or former employees.

23       4.    Neither the terms of this Stipulation nor the parties' agreement to them implies that

24 any of the information restricted from discovery in this Stipulation would otherwise be

25 discoverable.

26       5.    The Court retains jurisdiction to make such amendments, modifications, or

27 additions to this Stipulation and the proposed order as it may from time to time deem appropriate

28 or may consider upon the motion of any party.

1    6.    The parties agree to comply with this Stipulation pending the Court's approval and

2    entry of the proposed order.

3    **IT IS SO STIPULATED.**

4    DATED:  March 29, 2010        GIRARD GIBBS LLP

5

6                                By:  _____/s/ Geoffrey A. Munroe_____
                                          Geoffrey A. Munroe

7                                    Interim Class Counsel for Plaintiffs

8

9    DATED:  March 29, 2010        PERKINS COIE LLP

10

11                                By:  _____/s/  Philip A. Leider_____
                                          Philip A. Leider

12                                    Attorneys for Defendant
                                     INTEL CORPORATION

13

14   DATED:  March 29, 2010        NARANCIC & KATZMAN, PC

15

16                                By:  _____/s/  Perry J. Narancic_____
                                          Perry J. Narancic

17                                    Attorneys for Defendant
                                     BUSINESS APPLICATIONS
18                                   PERFORMANCE CORPORATION

19

20                                    ORDER

21

22   DATED:  _March 30____, 2010    _Patricia V. Trumbull_____

23                                The Honorable Patricia Trumbull

24                                United States Magistrate Judge

25

26

27

28