Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Class Counsel*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
4/13/2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Intel Laptop Litigation | Case No.  09-CV-02889-JW (PVT)<br><br>**JOINT STIPULATION FOR LEAVE TO PLAINTIFFS TO FILE A SECOND AMENDED CONSOLIDATED COMPLAINT** |


WHEREAS, the Plaintiffs filed their Amended Consolidated Complaint on January 15, 2010;

WHEREAS, the Plaintiffs now seek to file a Second Amended Consolidated Complaint to add two additional plaintiffs;

WHEREAS, without waiver of any defenses to any claims asserted therein, the Defendants Intel Corporation and Business Applications Performance Corporation have no objection to the filing of the Second Amended Complaint;

WHEREAS, the parties are unaware of any events or deadlines fixed by the Court that would be affected by the proposed filing of the Second Amended Consolidated Complaint,

NOW THEREFORE, the Plaintiffs and Defendants hereby stipulate that Plaintiffs be granted leave to file a Second Amended Consolidated Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

IT IS SO STIPULATED

DATED:  April 5, 2010                          By:     /s Eric H. Gibbs
                                               **GIRARD GIBBS LLP**
                                               *Interim Class Counsel*

DATED:  April 5, 2010                          By:     /s Philip A. Leider
                                               **PERKINS COIE LLP**
                                               *Attorney for Defendant Intel Corporation*

DATED:  April 5, 2010                          By:     /s Perry J. Narancic
                                               **NARANCIC & KATZMAN, PC**
                                               *Attorney for Defendant Business Applications Performance Corporation*

**IT IS SO ORDERED AS MODIFIED:**

On or before **April 19, 2010**, Plaintiffs shall file its Second Amended Complaint as a *separate* docket entry.

Dated: April 13, 2010                          _____
                                               United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files system of the court:

1. **JOINT STIPULATION FOR LEAVE TO PLAINTIFFS TO FILE A SECOND AMENDED CONSOLIDATED COMPLAINT**

The electronic case files system sent a "Notice of Electronic Filing" to Counsel of record who are registered e-filers and have consented to accept this Notice as service of this document by electronic means.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 5, 2010, at San Francisco, California.

                                                     /s/ Angela L. Eure