1  RAOUL D. KENNEDY (CA Bar No. 40892)
   JAMES P. SCHAEFER (CA Bar No. 250417)
2  JOAN E. SHREFFLER (CA Bar No. 245629)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111-4144
4  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
5  Email: rkennedy@skadden.com; jshreffler@skadden.com;
   jschaefer@skadden.com
6
   JOSEPH E. MAIS (CA Bar No. 103756)
7  ANTHONY L. MARKS (AZ Bar No. 012258)
   TIMOTHY J. FRANKS (CA Bar No. 197645)
8  DAN L. BAGATELL (CA Bar No. 218879)
   PERKINS COIE BROWN & BAIN P.A.
9  2901 North Central Avenue
   Post Office Box 400
10 Phoenix, AZ 85001-0400
   Telephone: (602) 351-8000
11 Facsimile: (602) 648-7000
   Email: jmais@perkinscoie.com; amarks@perkinscoie.com;
12 tfranks@perkinscoie.com; dbagatell@perkinscoie.com

13 PHILIP A. LEIDER (CA Bar No. 229751)
   PERKINS COIE LLP
14 Four Embarcadero Center, Suite 2400
   San Francisco, California 94111-4131
15 Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
16 Email: pleider@perkinscoie.com

17 Attorneys for Defendant
   INTEL CORPORATION

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                           SAN JOSE DIVISION

22

23 | IN RE INTEL LAPTOP BATTERY | CASE NO. 5:09-cv-02889-JW (PVT) |
   | LITIGATION | |
24 | | **STIPULATION AND [PROPOSED]** |
   | | **ORDER EXTENDING DEADLINE FOR** |
25 | | **ADR SESSION** |

26

27

28

**STIPULATION AND [PROPOSED] ORDER**                            5:09-CV-02889-JW (PVT)
20336-1273/LEGAL18094627.1

1  WHEREAS, pursuant to Civil Local Rule 6-5 and ADR Local Rule 3-5, the parties agreed to participate in private mediation of this matter;

3  WHEREAS, on January 22, 2010, the Court ordered the parties to complete the mediation within 90 days and noted that "[t]he parties may make further request to extend the deadline";

5  WHEREAS, the ADR deadline is currently April 22, 2010;

6  WHEREAS, the Court recently granted Plaintiffs leave to file a Second Amended Complaint adding two new plaintiffs;

8  WHEREAS, Defendants need additional time to evaluate the claims of the newly-added plaintiffs;

10  WHEREAS, the parties agree that further discovery should be conducted before the mediation;

12  NOW THEREFORE, the Parties stipulate that they will participate in private mediation of this matter on or before August 2, 2010.

**IT IS SO STIPULATED.**

DATED: April 21, 2010          GIRARD GIBBS LLP

By:  _____/s/ Geoffrey A. Munroe_____
                Geoffrey A. Munroe

Interim Class Counsel for Plaintiffs

DATED: April 21, 2010          PERKINS COIE

By:  _____/s/ Philip A. Leider_____
                Philip A. Leider

Attorneys for Defendant
INTEL CORPORATION

DATED: April 21, 2010          NARANCIC & KATZMAN, PC

By:  _____/s/ Perry J. Narancic_____
                Perry J. Narancic

Attorneys for Defendant
BUSINESS APPLICATIONS
PERFORMANCE CORPORATION

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Mediation deadline is continued to August 2, 2010

DATED: ___April 29_____, 2010.          _____
                                              The Honorable James Ware
                                              United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that April 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

                                                                                    s/ Sheila M. Merrill

20336-1273/LEGAL18094627.1

**STIPULATION AND [PROPOSED] ORDER**  -4-  **5:09-cv-02889-JW (PVT)**