Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
Mario M. Choi (SBN 243409)
mchoi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re Intel Laptop Battery Litigation | Case No. CV-09-2889-JW<br><br>**STIPULATION AND** xxxxxxxxxxxx **ORDER RE AMENDMENT TO STIPULATED PROTECTIVE ORDER ENTERED JANUARY 14, 2010** |
|---|---|

1    **WHEREAS** a Stipulated Protective Order was entered by the Court on January 14, 2010 (the "Protective Order").

2    **WHEREAS** a third party upon whom plaintiffs served a subpoena, NVIDIA Corp., requested that the parties add an additional category of "Confidential Information or Items" to the Protective Order: "Highly Confidential - Outside Counsel's Eyes Only," in light of the sensitivity to NVIDIA of some of the subpoenaed documents, which NVIDIA does not wish to be shared with Intel's in-house counsel.

3    **WHEREAS** plaintiffs and defendants do not object to this additional category so that NVIDIA and other Designating Parties may hereafter designate documents with this label when warranted, and such designation shall be treated as set forth below.

4    **WHEREAS** defendants and plaintiffs agree that NVIDIA should be included in the list of Intel competitors listed in the Protective Order.

5    **WHEREAS** on July 8, 2010 the parties submitted an Amended Stipulated Protective Order, D.E. #88, which sets forth the parties' agreement to amend the Protective Order as follows:

   1.    A new category of "Confidential Information or Items" shall be added to Section 2 ("DEFINITIONS") of the Protective Order as follows:

   > "2.14:  Highly Confidential - Outside Counsel's Eyes Only:  extremely sensitive "Confidential Information or Items" whose disclosure to another Party, nonparty or House Counsel would create a substantial risk of serious injury that could not be avoided by less restrictive means."

   2.    Sections 2.8 ("<u>Protected Material</u>"), 5.2 ("<u>Manner and Timing of Designations</u>"), 5.3 ("<u>Inadvertent Failure to Designate</u>"), 7.4 ("<u>Procedures for Approving Disclosures of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items to "Experts"</u>"), and 8 ("<u>PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION</u> of the Protective Order shall be amended to include, in addition to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," the new category 'HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY."

1

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO STIPULATED        Case No. CV-09-2889-JW
PROTECTIVE ORDER ENTERED JANUARY 14, 2010

3. The following section of the Protective Order shall be added following section 7.3 ("Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items":

"7.3a  Disclosure of HIGHLY CONFIDENTIAL –OUTSIDE COUNSEL'S EYES ONLY" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY" only to:

(a) the Receiving Party's Outside Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation;

(b) Experts (as defined in this Order) (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.4, below, have been followed;

(c) the Court and its personnel;

(d) court reporters, their staffs, and professional vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A); and

(e) the author of the document or the original source of the information.

4. NVIDIA Corp. shall be added to the list of "Intel competitors" in Section 2.12.

**IT IS SO STIPULATED.**

DATED: July 14, 2010            GIRARD GIBBS LLP
                                Interim Class Counsel for PLAINTIFFS

                                KAPLAN FOX & KILSHEIMER LLP


                                By:      /s/ Linda M. Fong
                                          Linda M. Fong

                                *Additional Counsel for Plaintiffs*

2

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO STIPULATED            Case No. CV-09-2889-JW
PROTECTIVE ORDER ENTERED JANUARY 14, 2010

DATED: July 14, 2010          PERKINS COIE BROWN & BAIN P.A.


By:       /s/ Anthony L. Marks
                Anthony L. Marks

*Counsel for Defendant Intel Corporation*


DATED: July 14, 2010          NARANCIC & KATZMAN, PC.



By:       /s/ Perry J. Narancic
                Perry J. Narancic

*Counsel for Defendant Business Applications Performance Corporation*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


DATED: __July 26_____, 2010   _____
                                        The Honorable Patricia V. Trumbull
                                        United States Magistrate

3

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO STIPULATED          Case No. CV-09-2889-JW
PROTECTIVE ORDER ENTERED JANUARY 14, 2010

# **ATTESTATION**

I, Linda M. Fong, the ECF User whose identification and password are being used to electronically file this document hereby attest, in compliance with General Order 45.X.B, that Perry J. Narancic and Anthony L. Marks have concurred in its filing and that their concurrence in the filing of this document, indicated by a conformed signature ("/s/") within this e-filed document, will be kept on file.

Dated: July 14, 2010

                  /s/ Linda M. Fong
                    Linda M. Fong

4

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO STIPULATED    Case No. CV-09-2889-JW
PROTECTIVE ORDER ENTERED JANUARY 14, 2010

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of July, 2010 with a copy of this document via the Court's CM/ECF system. I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                  /s/ Linda M. Fong
                  Linda M. Fong

5

STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO STIPULATED   Case No. CV-09-2889-JW
PROTECTIVE ORDER ENTERED JANUARY 14, 2010