1  RAOUL D. KENNEDY (CA Bar No. 40892)
   JAMES P. SCHAEFER (CA Bar No. 250417)
2  JOAN E. SHREFFLER (CA Bar No. 245629)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, California  94111-4144
4  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
5  Email:  rkennedy@skadden.com; james.schaefer@skadden.com;
   jshreffler@skadden.com
6
   JOSEPH E. MAIS (CA Bar No. 103756)
7  ANTHONY L. MARKS (AZ Bar No. 012258)
   TIMOTHY J. FRANKS (CA Bar No. 197645)
8  DAN L. BAGATELL (CA Bar No. 218879)
   PERKINS COIE BROWN & BAIN P.A.
9  2901 North Central Avenue
   Post Office Box 400
10 Phoenix, Arizona  85001-0400
   Telephone: (602) 351-8000
11 Facsimile:  (602) 648-7000
   Email:  jmais@perkinscoie.com; amarks@perkinscoie.com;
12 tfranks@perkinscoie.com; dbagatell@perkinscoie.com

13 PHILIP A. LEIDER (CA Bar No. 229751)
   PERKINS COIE LLP
14 Four Embarcadero Center, Suite 2400
   San Francisco, California  94111-4131
15 Telephone:  (415) 344-7000
   Facsimile:   (415) 344-7050
16 Email:  pleider@perkinscoie.com

17 Attorneys for Defendant
   INTEL CORPORATION

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
9/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTEL LAPTOP BATTERY LITIGATION | CASE NO. 5:09-cv-02889-JW (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE** <br><br> Judge:  Honorable James Ware <br><br> Complaint Filed: June 26, 2009 <br> Trial Date: None <br> Discovery Cutoff: February 28, 2011 |

1   Plaintiffs Barry Wachsler, Diane Murphy and Maria Rodriguez ("Plaintiffs") and
2 Defendants Intel Corporation and the Business Applications Performance Corporation
3 ("BAPCo") ("Defendants") hereby stipulate as follows:

4   WHEREAS Plaintiffs' motion for class certification is scheduled to be heard on
5 November 15, 2010;

6   WHEREAS Plaintiffs have communicated their intent to move for class certification
7 exclusively under Rule 23(b)(2);

8   WHEREAS Plaintiffs have agreed not to seek monetary relief in this action, either by
9 pursuing a claim for damages or restitution or otherwise, and have agreed that the only relief they
10 will seek in this action is injunctive relief and recovery of their reasonable attorneys' fees and/or
11 costs;

12   WHEREAS the parties have conferred on an appropriate schedule for the briefing of the
13 class certification motion in light of these agreements; and

14   WHEREAS Defendants wish to have their alternative motions for summary judgment or
15 for establishment of facts ("motion for summary judgment") heard on the same date as Plaintiffs'
16 motion for class certification and have filed an administrative motion requesting that both
17 hearings be set on November 15;

18   NOW THEREFORE IT IS STIPULATED BY AND AMONG THE PARTIES THAT:

19   Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their motion
20 for class certification on or before September 22, 2010;

21   Defendants will file (or lodge in accordance with Local Rule 79-5) and serve their
22 oppositions to Plaintiffs' motion for class certification on or before October 18, 2010;

23   Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their
24 opposition to Defendants' motion for summary judgment on or before October 18, 2010;

25   Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their reply in
26 further support of their motion for class certification on or before November 1, 2010;

27   Defendants will file (or lodge in accordance with Local Rule 79-5) and serve their reply in
28 further support of their motion for summary judgment on or before November 1, 2010; and

Plaintiffs will not oppose Defendants' administrative motion to move the hearing on Defendants' motion for summary judgment from November 22 to November 15 to coincide with the hearing on Plaintiffs' motion for class certification.

**IT IS SO STIPULATED.**

DATED:  September 10, 2010    GIRARD GIBBS LLP

By:   /s/ Eric H. Gibbs
Eric H. Gibbs

Interim Class Counsel for Plaintiffs

DATED:  September 10, 2010    PERKINS COIE LLP

By:   /s/ Philip A. Leider
Philip A. Leider

Attorneys for Defendant
INTEL CORPORATION

DATED:  September 10, 2010    NARANCIC & KATZMAN, PC

By:   /s/ Barry L. Katzman
Barry L. Katzman

Attorneys for Defendant
BUSINESS APPLICATIONS
PERFORMANCE CORPORATION

*IT IS SO ORDERED AS MODIFIED* (stamp, signed Judge James Ware)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES:

Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their motion for class certification on or before September 22, 2010;

Defendants will file (or lodge in accordance with Local Rule 79-5) and serve their oppositions to Plaintiffs' motion for class certification on or before October 18, 2010;

Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their opposition to Defendants' motion for summary judgment on or before October 18, 2010;

Plaintiffs will file (or lodge in accordance with Local Rule 79-5) and serve their reply in further support of their motion for class certification on or before **October 29, 2010.**

Defendants will file (or lodge in accordance with Local Rule 79-5) and serve their reply in further support of their motion for summary judgment on or before **October 29, 2010;** and

The hearing on Defendants' motion for summary judgment will be heard on November 15 at the same time as the hearing on Plaintiffs' motion for class certification.

**IT IS SO ORDERED.**

DATED: September 14, 2010.

_____
The Honorable James Ware
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that September 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

                                                        /s/   Sheila Merrill
                                                            Sheila Merrill

20336-1273/LEGAL19121514.1

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE**  -5-  5:09-cv-02889-JW