Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Intel Laptop Battery Litigation | Case No.  09-CV-02889-JW (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO OPPOSE DEFENDANT INTEL'S MOTION TO SEAL** |

1  WHEREAS, Defendant Intel Corporation has filed a motion to seal its Motions for Summary Judgment and the declaration of Herman de Hoop filed in connection with that motion [Doc. 89];

WHEREAS, the parties' previous stipulation afforded Plaintiffs until October 4, 2010, to file an opposition to Intel's motion to seal;

WHEREAS, the Court has recently granted the parties' request to suspend briefing of the pending summary judgment motions as well as of class certification in order to further pursue settlement negotiations [Doc. 102]; and

WHEREAS, Plaintiffs seek additional time to oppose Intel's motion to seal while settlement negotiations are ongoing,

NOW THEREFORE, the parties stipulate that, subject to the Court's approval, that Plaintiffs' time to oppose Intel's motion to seal [Doc. 89] shall be extended to October 22, 2010.

IT IS SO STIPULATED.

DATED:  October 4, 2010                By: /s/ Eric H. Gibbs
**GIRARD GIBBS LLP**
*Interim Class Counsel*

DATED:  October 4, 2010                By: /s/ Raoul D. Kennedy
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
*Attorney for Defendant Intel Corporation*

DATED:  October 4, 2010                By: /s/ Perry J. Narancic
**NARANCIC & KATZMAN, PC**
*Attorney for Defendant Business Applications Performance Corporation*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: October 5, 2010                 _____
HON. JAMES WARE
United States District Judge

STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO OPPOSE MOTION TO SEAL
CASE NO. 09-CV-02889-JW