Perry J. Narancic (CA Bar No. 206820)
pnarancic@nk-pc.com
Barry Lee Katzman (CA Bar No. 105851)
blkatman@nk-pc.com
NARANCIC & KATZMAN, P.C.
325 Sharon Park Drive, #736
Menlo Park, California  94025
Telephone:  (650) 814-7688
Facsimile:   (650) 618-2700

Attorneys for Defendant
BUSINESS APPLICATIONS PERFORMANCE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTEL LAPTOP BATTERY LITIGATION | CASE NO.:  5:09-CV-02889-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)**<br><br>Complaint Filed:  June 26, 2009<br>Trial Date:           None<br>Discovery Cutoff: None |

Whereas Plaintiffs filed a Motion for Class certification on Oct. 22, 2010, which contain certain documents designated as confidential under the Stipulated Protective Order [D.E. 54] by the producing parties (the "Designated Documents") ;

Whereas the Plaintiffs served an Administrative Motion for a Sealing Order pursuant to Local Rule 79-5(d) which provides an opportunity for the producing parties to establish that the designated information is sealable;

1  The parties identified below hereby stipulate that the producing parties shall prepare and
2  lodge any such statements relating to the Designated Documents no later than Friday November 5,
3  2010. The parties further stipulate that Plaintiffs shall have until Friday, November 12, 2010, to
4  respond to the producing parties' statements.

<u>IT IS SO STIPULATED.</u>

DATED:  October 29, 2010        GIRARD GIBBS LLP

By:     s/ Geoffrey A. Munroe
                Geoffrey A. Munroe

Interim Class Counsel for Plaintiffs

DATED:  October 29, 2010        PERKINS COIE BROWN & BAIN P.A.

By:     _____
                Philip A. Leider

Attorneys for Defendant
INTEL CORPORATION

DATED:  October 29, 2010        NARANCIC & KATZMAN, PC

By:     s/ Perry J. Narancic
                Perry J. Narancic

Attorneys for Defendant
BUSINESS APPLICATIONS
PERFORMANCE CORPORATION

DATED:  October 29, 2010        WINSTON & STRAWN, LLP

By:     s/ Krista Enns
                Krista Enns

Attorneys for
DELL INC.

1  DATED: October 29, 2010          KILPATRICK STOCKTON LLP

2

3                               By:        s/ Raymond M. Bennett
                                         Raymond M. Bennett
4
                                         Attorneys for
5                                    LENOVO GROUP LIMITED

6

7

8                           [PROPOSED] ORDER

9     Good cause appearing therefore, IT IS SO ORDERED.

10

11   Dated: November 5, 2010

12                                                   _____
                                                     United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28