IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 09-02889 JW

In re. Laptop Battery Litigation

**ORDER REQUESTING UN-REDACTED CHAMBERS COPIES OF MOTIONS TO SEAL AND SUPPORTING DOCUMENTS**

_____/

The parties have filed various Motions to Seal relating to Plaintiff's Motion for Class Certification. (Docket Item Nos. 111-120.) The parties have failed, however, to lodge un-redacted copies of the allegedly confidential information to enable the Court to determine whether or not the information should be sealed.

Accordingly, on or before **November 15, 2010 by 3 p.m.**, Defendants shall lodge with the Court, by way of the Clerk's office, a binder with a copy of un-redacted versions of all motion papers and supporting declarations for Docket Item Nos. 111-120, including un-redacted copies of all documents which the parties dispute should be sealed.

Dated: November 12, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew S. Friedman afriedman@bffb.com
Austin P. Tighe austin@feazell-tighe.com
Dylan Hughes dsh@girardgibbs.com
Elaine A. Ryan eryan@bffb.com
Eric H. Gibbs ehg@girardgibbs.com
Geoffrey Alan Munroe gam@girardgibbs.com
James Patrick Schaefer james.schaefer@skadden.com
Joan Elizabeth Shreffler joan.shreffler@skadden.com
John Howard Banister jbanister@kilpatrickstockton.com
Krista M. Enns kenns@winston.com
Laurence D. King lking@kaplanfox.com
Linda M. Fong lfong@kaplanfox.com
Manfred Patrick Muecke mmuecke@bffb.com
Marc A. Wites mwites@wklawyers.com
Mario Man-Lung Choi mchoi@kaplanfox.com
Mark S. Reich mreich@csgrr.com
Patricia Nicole Syverson psyverson@bffb.com
Perry J. Narancic pnarancic@nk-pc.com
Philip A. Leider pleider@perkinscoie.com
Raoul Dion Kennedy rkennedy@skadden.com
Robert M. Rothman rrothman@rgrdlaw.com
Shawn A. Williams shawnw@rgrdlaw.com
Timothy J. Franks tfranks@perkinscoie.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  November 12, 2010**                             **Richard W. Wieking, Clerk**

                                                         **By:    /s/ JW Chambers                **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**