United States District Court
For the Northern District of California

1
2
3
4
5
6
7                       IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10    In re Intel Laptop Battery Litigation              NO. C 09-02889 JW

11                                                       **ORDER VACATING CASE
                                                         MANAGEMENT CONFERENCE**
12

13    _____/

14            This case is scheduled for a Preliminary Pretrial Conference on January 31, 2011.  Pursuant

15    to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly

16    submitted a Joint Case Management Statement.  (See Docket Item No. 158.)  On January 21, 2011,

17    Defendant Intel filed a Motion to Dismiss for Lack of Standing that is set for a hearing on March 21,

18    2011.  (See Docket Item No. 180.)  In light of the pending dispositive Motion, the Court finds that a

19    Preliminary Pretrial Conference would be premature at this time.

20            Accordingly, the Court VACATES the January 31 Conference.  The Court will set a new

21    Preliminary Pretrial Conference date in its Order addressing Defendant's Motion to Dismiss, if

22    necessary.

23

24    Dated:  January 26, 2011              _____
                                            JAMES WARE
25                                          United States District Chief Judge

26
27
28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew S. Friedman afriedman@bffb.com
Austin P. Tighe austin@feazell-tighe.com
Dylan  Hughes dsh@girardgibbs.com
Elaine A. Ryan eryan@bffb.com
Eric H. Gibbs ehg@girardgibbs.com
Geoffrey Alan Munroe gam@girardgibbs.com
Harry H Schneider hschneider@perkinscoie.com
James Patrick Schaefer james.schaefer@skadden.com
Joan Elizabeth Shreffler joan.shreffler@skadden.com
John Howard Banister jbanister@kilpatrickstockton.com
Krista M. Enns kenns@winston.com
Laurence D. King lking@kaplanfox.com
Linda M. Fong lfong@kaplanfox.com
Manfred Patrick Muecke mmuecke@bffb.com
Marc A. Wites mwites@wklawyers.com
Mario Man-Lung Choi mchoi@kaplanfox.com
Mark S. Reich mreich@csgrr.com
Patricia Nicole Syverson psyverson@bffb.com
Perry J. Narancic pnarancic@nk-pc.com
Philip A. Leider pleider@perkinscoie.com
Raoul Dion Kennedy rkennedy@skadden.com
Robert M. Rothman rrothman@rgrdlaw.com
Shawn A. Williams shawnw@rgrdlaw.com
Timothy J. Franks tfranks@perkinscoie.com
Todd David Carpenter tcarpenter@bffb.com

**Dated:  January 26, 2011**                    **Richard W. Wieking, Clerk**


                                               **By:        /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**