RAOUL D. KENNEDY (CA Bar No. 40892)
JAMES P. SCHAEFER (CA Bar No. 250417)
JOAN E. SHREFFLER (CA Bar No. 245629)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email: rkennedy@skadden.com; jshreffler@skadden.com;
james.schaefer@skadden.com

JOSEPH E. MAIS (CA Bar No. 103756)
ANTHONY L. MARKS (AZ Bar No. 012258)
TIMOTHY J. FRANKS (CA Bar No. 197645)
DAN L. BAGATELL (CA Bar No. 218879)
PERKINS COIE LLP.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
Email: jmais@perkinscoie.com; amarks@perkinscoie.com;
tfranks@perkinscoie.com; dbagatell@perkinscoie.com

PHILIP A. LEIDER (CA Bar No. 229751)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050
Email: pleider@perkinscoie.com

Attorneys for Defendant
INTEL CORPORATION

IT IS SO ORDERED

*Judge James Ware*

1/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTEL LAPTOP BATTERY LITIGATION | CASE NO. 5:09-cv-02889-JW (PVT)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL AND REQUEST FOR COURT APPROVAL**<br><br>Judge:       Honorable James    Ware |

1      The law firm of Skadden, Arps, Slate, Meagher & Flom LLP is withdrawing as counsel

2  for Intel Corporation in the above-entitled action.  The law firm of Perkins Coie LLP will

3  continue to represent Intel Corporation.  Intel Corporation requests that the Court enter the

4  attached proposed order approving the withdrawal of Skadden, Arps, Slate, Meagher & Flom

5  LLP as counsel for Intel Corporation.

6      Pursuant to Civil L.R. 11-5, written notice of the withdrawal of Skadden, Arps, Slate,

7  Meagher & Flom LLP has been given reasonably in advance to Intel Corporation and to counsel

8  for all other parties who have appeared in the case.

9

10  DATED:  January 21, 2011    Respectfully submitted,

11      **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

12      By: /s Raoul D. Kennedy

13      RAOUL D. KENNEDY

14

15      **PERKINS COIE LLP**

16      By: /s Timothy J. Franks

17      TIMOTHY J. FRANKS

18      Attorneys for Defendant

19      INTEL CORPORATION

20

21          **ORDER**

22      **ITS IS HEREBY ORDERED** approving the withdrawal of Skadden, Arps, Slate,

23  Meagher & Flom LLP as counsel for Intel Corporation.

24

25  DATED:    January 28, 2011

26      JAMES WARE

27      UNITED STATES CHIEF DISTRICT JUDGE

28

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on January 21, 2011, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification

4 of such filing to all counsel who have entered an appearance in this action.

5             s/Kaye Leach

6 20336-1273/LEGAL19998512.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL**       -3-         5:09-cv-02889-JW (PSG)