**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
3/9/2011

Eric H. Gibbs (State Bar No. 178658)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ehg@girardgibbs.com; gam@girardgibbs.com

*Plaintiff's Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Intel Laptop Battery Litigation | Case No.  09-CV-02889-JW (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY RESPONSES AND MOTIONS** <br><br> Complaint Filed:    June 26, 2009 <br> Trial Date:             None <br> Discovery Cutoff:  February 28, 2011 |

1 | Plaintiff Dart Seasonal Products, Inc. ("Plaintiff") and Defendant Intel Corporation ("Intel")
2 | hereby stipulate as follows:
3 | WHEREAS, the deadline for Plaintiff to respond to Intel's First Set of Document Requests to
4 | Plaintiff Dart Seasonal Products, Inc. and First Set of Interrogatories to Plaintiff Dart Seasonal Products,
5 | Inc. is February 28, 2011 and the court-ordered close of discovery is also on February 28, 2011; and
6 | WHEREAS, Plaintiff requires additional time to respond to Intel's First Set of Document
7 | Requests to Plaintiff Dart Seasonal Products, Inc. and First Set of Interrogatories to Plaintiff Dart
8 | Seasonal Products, Inc.;
9 | NOW THEREFORE, Plaintiff and Intel stipulate that:
10 | Plaintiff will serve full and complete responses to Intel's First Set of Document Requests Nos. 3,
11 | 4, and 5, and produce any responsive documents, by March 18, 2011, and serve full and complete
12 | responses to the remainder of the document requests and any responsive documents by April 4, 2011;
13 | Plaintiffs will serve full and complete responses to Intel's First Set of Interrogatories Nos. 14, 15,
14 | and 16 by March 18, 2011, and serve full and complete responses to the remainder of the interrogatories
15 | by April 4, 2011;
16 | Intel will have up through and including April 11, 2011 to file a discovery motion, if necessary,
17 | regarding Plaintiff's responses to Intel's First Set of Document Requests and First Set of Interrogatories
18 | to Plaintiff Dart Seasonal Products, Inc.

Respectfully submitted,

Dated: February 28, 2011   **GIRARD GIBBS LLP**

By:   /s/ Geoffrey A. Munroe

Eric H. Gibbs
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Plaintiff's Lead Counsel*

1
STIPULATION AND ORDER REGARDING DISCOVERY RESPONSES AND MOTIONS
CASE NO. 09-CV-02889-JW (PVT)

| | | |
|---|---|---|
| 1 | Dated: February 28, 2011 | **PERKINS COIE LLP** |
| 2 | | By: ___/s/ Anthony L. Marks___ |

Joseph A. Mais
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

*Attorneys for Defendant Intel Corporation*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff will serve full and complete responses to Intel's First Set of Document Requests Nos. 3, 4, and 5, and produce any responsive documents, by March 18, 2011, and serve full and complete responses to the remainder of the document requests and any responsive documents by April 4, 2011;

Plaintiff will serve full and complete responses to Intel's First Set of Interrogatories Nos. 14, 15, and 16 by March 18, 2011, and serve full and complete responses to the remainder of the interrogatories by April 4, 2011;

Intel will have up through and including April 11, 2011 to file a discovery motion regarding Plaintiff's responses to Intel's First Set of Document Requests and First Set of Interrogatories to Plaintiff Dart Seasonal Products, Inc.

This Stipulation shall not modify any other deadlines set in the Court's Case Schedule.

DATED: ___March 9___, 2011          _____
                                     The Honorable James Ware
                                     United States District Judge